IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WHITNEY BENDERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. 18-00864-CV-W-ODS |
| MICHAEL DRENNON, et al., | ) ) ) |
| Defendants. | ) |

ORDER OF DISMISSAL WITH PREJUDICE

On April 15, 2019, the parties filed a joint motion for dismissal with prejudice, which the Court construes as a stipulation of dismissal with prejudice. Doc. #25. Pursuant to the parties' motion and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the case is dismissed with prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

DATE: April 15, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT